**Order entered October 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01219-CV

### IN RE ALFRED LEE STONE, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-91-42452**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus as to the request that we order the trial court to rule and **DISMISS** the petition for writ of mandamus for want of jurisdiction as to the request that we order the trial court to withdraw the expert testimony order.

/s/     MOLLY FRANCIS
        JUSTICE